No. 1004, Misc. JACQUEZ v. WILSON, WARDEN, 386 U. S. 1009; and

No. 1310, Misc. PRICE v. ALLGOOD, WARDEN, 386 U. S. 998. Motions for leave to file petitions for rehearing denied.

JUNE 5, 1967.

No. 29, Original. TEXAS ET AL. v. COLORADO. This case is held without action on the motion for leave to file a bill of complaint until October 16, 1967, or further order of the Court.

No. 83. UNITED STATES v. ROBEL. D. C. W. D. Wash. Case is restored to the calendar for reargument and counsel are directed to brief and argue, in addition to the questions presented, the question whether the delegation of authority to the Secretary of Defense to designate "defense facilities" satisfies pertinent constitutional standards. [For earlier order herein, see 384 U. S. 937.]

No. 1119. BANKS v. CHICAGO GRAIN TRIMMERS ASSOCIATION, INC., ET AL. C. A. 7th Cir. The Solicitor General is invited to file a further brief expressing the views of the United States in light of Title 33 U. S. C. § 933 (g). [For earlier order herein, see 386 U. S. 1002.]

No. 1624, Misc. WILLIAMS v. WILSON, WARDEN; and

No. 1736, Misc. WELSH v. CALIFORNIA ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1752, Misc. LESER v. UNITED STATES. Motion for leave to file petition for writ of habeas corpus and other relief denied.